## * SIMEON M'FARLAND *versus* ISAAC BARKER.

*Practice.*—Under a plea of *non cepit* in replevin, the Court will not permit the defendant to give special matter in evidence in justification.

THIS was an action of *replevin*, to which the defendant pleaded *non cepit*, with a reservation to give any special matter in evidence, as though the same had been pleaded in justification.

The Court (*Strong, Sedgwick, Sewall,* and *Thacher,* justices) would not permit the cause to go on under such a plea, saying it was absurd, and ordered a repleader.